FILED

05/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0447

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0447

JEFFREY L. HARDMAN,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 14, 2024, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 6 2024